PETER TRBOVICH, Appellant, v. JOHN F. BURKE, as Receiver of the Property of

732

HAMBURG RAILWAY COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.